M/D I

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2016 FEB 19  A II: 32

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_George Edward Sarrell_ )
Full name and prison name of )
Plaintiff(s) )
)
)
v. )
)
_Judge Ben Lewis_ )
)
_____ )
_____ )
_____ )
_____ )
)
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

CIVIL ACTION NO. _1:16-CV-107-MHT-TFM_
(To be supplied by Clerk of U.S. District
Court)

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☑  No ☐

B.    Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☒    NO ☐

C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff (s) _George Edward Sarrell_

Defendant(s) _Tom Davis, Tyler Harrington, Shage Hamilton - Civil Action No- 1:16 CV-16 MHT_
_Tom Smith - NO- 1:16-CV-70-MHT - Judge Moulton_

2.    Court (if federal court, name the district; if state court, name the county)
_Middle District of Alabama_

3.  Docket number *1:16 CV-16 - MHT/1:16-CV-70-MH+/N/b yet*

4.  Name of judge to whom case was assigned *TeRRy F. MooKER*

5.  Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) *Still pending / 1:16-CV-70-MH+ = Dismissed*

6.  Approximate date of filing lawsuit *Jan 2016*

7.  Approximate date of disposition *Jan 2016*

II.  PLACE OF PRESENT CONFINEMENT *Houston County Jail Dothan Alabama 36301 901 East Main Street*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Houston County Court House - Corner of Main St - Oats Street - Dothan Alabama*

III.  NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. *Judge Ben Lewis* | *Houston County Court house.* |
| 2. | *Dothan Alabama 36302* |
| 3. | *P.O. Box 6406* |
| 4. | *Dothan AL* |
| 5. | *36302* |
| 6. | |

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED *Sept/oct 2014*

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *Excessive Bail -*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Judge lewis set Bond on Myself (George Edward Sorrell) At $150,000.00 for Conspiracy to Comit Murder VIII amendment $150,000.00 for poss 1st Controled Substance $150,000.00 for Distribution of a Controled Substance They later Reduced Bonds to - $150,000.00 Conspiracy /$500.00 poss /$500.00 Distribution. And ordered A Ancle Moniter - 300.00 month

GROUND TWO: I Asked fore preliminary hearing In Court Room was Denied. VI + V Amendment

SUPPORTING FACTS: At Role Call Judge lewis asked IF I wanted Hearing - I Responded yes.' I was Denied My preliminary - Never spoke with the Judge - Did Not have Counsel - Still {1year ½ later} havent seen Any Evidence Nor-Accusers - IN ANY of my case/cases while I was sitting in Jury box {shackeled + handcuffed} The Bonds men and Judge Lewis Conversated with Narcotics officer - They After Conversation seperatly - Each Bondsmen /Friends of Judge lewis/ Came and warned me - The Narcodies officer Told them In Front of Judge lewis he was going to Kill me. {Put me in A Body BAg}

GROUND THREE:

Judge Lewis Did not Report A Narcodies officer - when he made A threat and promes to Kill me (George Edward Sorrell And put me In A Body Bag.

SUPPORTING FACTS: It is Well Known Judge lewis And his Family are Involved with mexican Cartel And other Criminal organizations, Here In the tri-state. That Include - Doug valaskt - Narcodic officers - officers of the Court - Bondsmen - Lawyers - And many others - Excessive bails or set so Bondsman Can profit = Same Role Call At preliminary hearing, or at the preliminary Hearing A Narcodies officer In Front of Judge lewis - Stated to two bondsman and others he was going to Kill me And put me In A body BAg. They Sent 1 Lawyer to tell me of this threat and promiss to Kill me, Judge Lewis Did Not Report this Incedent Nor Have His /The Narcodies officer Arrested - Making him A CoConspiratore, and Accory. Being he Is sworn to uphold the law - He Has Violated my Right to Do process.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I am Asking the Court to Award what the Court sees fit - for Relief - If possible As far As Any amounts of money being Awarded I am Asking the Court to Determin the Amount.

_George Edward Janell_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                              (Date)

_____
Signature of plaintiff(s)

This packet has Been placed IN pod A Mail Box, out IN Houston County Jail by my self George Edward Janell on this 02-17-2016 Day.

_George Edward Janell_

George Edward Jarrell 36822
A-6
Houston County Jail
901 East Main Street
Dothan Alabama 36301

MONTGOMERY AL 360

18 FEB 2015 PM 2 L

FOREVER
USA

Houston County
Inmate Mail

United States District Court
One Church Street, Suite B-110
Montgomery Alabama 36104-4018

36104401801