IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
GEORGE EDWARD JARRELL,     )
                           )
     Plaintiff,            )
                           )    CIVIL ACTION NO.
     v.                    )      1:16cv107-MHT
                           )          (WO)
JUDGE BEN LEWIS,           )
                           )
     Defendant.            )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 4) is adopted, with the exception stated in the opinion entered today.

(2) Plaintiff's claims for damages are dismissed with prejudice.

(3) Plaintiff's claims for declaratory relief are dismissed without prejudice.

(4) No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of March, 2016.

                                    /s/ Myron H. Thompson  
                              UNITED STATES DISTRICT JUDGE